**No. 51529.**—Protests 97663–K, etc., of F. W. Myers & Co., Inc. (Detroit).

Opinion by EKWALL, J. The evidence showed that the locomotives were used exclusively in international traffic. From the record it was clear that the protests in question are on all fours with the case of *F. W. Meyers & Co., Inc.* v. *United States* (33 C. C. P. A. 81, C. A. D. 319), wherein such repairs were held not subject to duty under the Tariff Act of 1930. On authority of that decision the claim of the plaintiffs was sustained.

**No. 51530.**—Protests 32022–K, etc., of Detroit & Canada Tunnel Corp. (Detroit).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51531.**—Protests 125446–K, etc., of S. Toepfer, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 22, 1947

**No. 51532.**—Protests 24741–K, etc., of Brazilian Minerals & Timbers Co. et al. (Philadelphia and St. Louis).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.